**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 24.192.133.52**

**ISP:** WideOpenWest
**Physical Location:** Center Line, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/05/2018 01:19:31 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 06/14/2016 11:56:57 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 06/14/2016 03:53:25 | 745699EDDA4BE5A3CD86C65A55A2E6520FEBE0B5 | Chloe In Couture |
| 02/13/2016 21:28:20 | 2D977CF21E6554D14D2FCAF8763E43CA6636E264 | Luckiest Man Alive |
| 01/08/2016 04:48:12 | FC35F5ED86A37786D1CE7F3C99C7AEC5B0A500EE | Inside Caprice |
| 01/08/2016 04:47:29 | 3E780C05521E9A7325176298289C460E0B4A6454 | All I Want for Christmas |
| 12/11/2015 12:56:38 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 07/18/2015 14:48:45 | 242FBF473D815423CD623BF4CB974EB015DB8C2A | Maddy Me Crazy |
| 07/18/2015 13:08:35 | E17E8F301F1614E7CFCF8A21875DCB187C63117C | A Deep Awakening |
| 07/18/2015 13:06:45 | 9C1B0D822E72527CAFDE1A60EAD1E485AA31E612 | Surrender To Seduction |
| 07/18/2015 05:54:36 | EBCB2ADE7178838591591376CD736913CEF88165 | Triple Play |
| 07/18/2015 05:18:51 | 6C0B20304C7F62CE40E5BD8F0842367458B48110 | Seize The Moment |
| 06/28/2015 14:17:56 | A25888FC673B2C7466530D9FA1FFF83BE56220E4 | Rub Me The Right Way |
| 06/28/2015 14:17:09 | 0EFE150DB067BCCAF6BECE7DF28CB4254FE4F27E | Above The Air |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

NEMI361