**Copyrights-In-Suit for IP Address 24.192.133.52**

**ISP:** WideOpenWest
**Location:** Center Line, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Red Hot Christmas | PA0002097531 | 12/23/2017 | 01/03/2018 | 01/05/2018 |
| Sex At The Office | PA0001990003 | 01/07/2016 | 01/18/2016 | 06/14/2016 |
| Chloe In Couture | PA0002031881 | 06/11/2016 | 08/29/2016 | 06/14/2016 |
| Luckiest Man Alive | PA0001996216 | 02/04/2016 | 02/18/2016 | 02/13/2016 |
| Inside Caprice | PA0001990004 | 12/29/2015 | 01/18/2016 | 01/08/2016 |
| All I Want for Christmas | PA0001986976 | 12/18/2015 | 01/18/2016 | 01/08/2016 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 12/11/2015 |

**Total Malibu Media, LLC Copyrights Infringed: 7**

EXHIBIT B

NEMI361